# Notice Recipients

District/Off: 0207−1          User: admin            Date Created: 04/09/2026
Case: 1−26−41101−ess         Form ID: 273adi         Total: 4

**Recipients of Notice of Electronic Filing:**
ust          Office of the United States Trustee          USTPRegion02.BR.ECF@usdoj.gov
tr           Gregory Messer          gremesser@aol.com
aty          Karamvir Dahiya          karam@dahiya.law

                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Michael Alelov          99−60 63rd Road          Rego Park, NY 11374−4000

                                                                    TOTAL: 1